JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DOMINIQUE N. THOMAS (231464)
Assistant United States Attorney
  1301 Clay Street, Suite 340S
  Oakland, CA 94612
  Telephone: (510) 637-3680
  Fax: (510) 637-3724
  E-Mail: dominique.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 4:09-70757 WDB |
|     Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER FOR PSYCHIATRIC EXAMINATION AND REPORT TO DETERMINE MENTAL COMPETENCY OF DEFENDANT PURSUANT TO 18 U.S.C. § 4241(B) |
| DARIUS L. CHAPPILL, ) | |
|     Defendant. ) | |

    IT IS HEREBY STIPULATED, by and between the parties to this action, that Dr. Chamberlain may conduct a psychiatric examination of the defendant, and that a psychiatric report should be filed with the Court under seal, pursuant to the provisions of 18 U.S.C. § 4241(b) and §§ 4247(b) and (c).

    The defendant, DARIUS L. CHAPPILL, represented by COLLEEN MARTIN, Assistant Federal Public Defender, and the government, represented by DOMINIQUE N. THOMAS, Assistant United States Attorney, appeared before the Court on August 21, 2009, for the defendant's initial appearance. During that initial hearing, the Court concluded that there was

reasonable cause to believe that, at that time, the defendant was not competent to proceed. Accordingly, the Court continued the matter to August 24, 2009.

Defense counsel and the attorney for the government appeared for a status hearing on August 24, 2009, outside the presence of the defendant.  Upon defense counsel's request, the Court ordered that Pretrial Services make arrangements to examine the defendant to evaluate the defendant's mental health or substance abuse issues, if any.  When the government attorney inquired, Pretrial Services indicated that the requested psychiatric report should be completed within two weeks.  For that reason, the parties request that a status hearing be held on September 15, 2009.

The parties further stipulate that the time from August 24, 2009, to September 15, 2009, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(A).

DATED: August 25, 2008                                _____/s/_____
                                                      DOMINIQUE N. THOMAS
                                                      Assistant United States Attorney

DATED: August 25, 2008                                _____/s/_____
                                                      COLLEEN MARTIN
                                                      Assistant Federal Public Defender

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that under 18 U.S.C. § 4241(b) and §§ 4247(b) and (c), a psychiatric examination of the defendant shall be conducted and a report of the examination shall be filed with the Court under seal, with copies provided to defense counsel and the attorney for the government.  A status hearing shall be held on September 15, 2009.

//
//
//
//

IT IS FURTHER ORDERED that the time from August 24, 2009, to September 15, 2009, shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(A), which excludes the time resulting from delay attributable to any proceeding, including any examination, to determine the mental capacity of the defendant.

SO ORDERED.

DATED: August 27, 2009

_____
HONORABLE WAYNE D. BRAZIL
United States Magistrate Judge